# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Shannon Adaway, | Case No.2:10-cv-936 |
| Plaintiff, | |
| v. | |
| Nelson Hirsch & Associates Inc., | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

        RESPECTFULLY SUBMITTED,

        Legal Helpers, P.C.

        By: /s/ Timothy J. Sostrin
            Timothy J. Sostrin
            233 S. Wacker Dr., Suite 5150
            Chicago, IL 60606
            Telephone: 866-339-1156
            Fax: 312-822-1064
            Email: tjs@legalhelpers.com
            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2011, I served Defendant with the foregoing Notice by depositing a copy of the same in the U.S. mail addressed as follows:

Tanya Santiago
Nelson, Hirsch, & Associates Inc.
5370 Hwy. 92
Ste 410-423
Fairburn, GA 30213

/s/ Timothy J. Sostrin